**322**

Rebecca Louise Hudsmith, Esq., Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Frederick D. Holmes, White Deer, PA, pro se.

Before DAVIS, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Frederick D. Holmes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Holmes's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Holmes's request for appointment of new counsel is DENIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998).

Before DAVIS, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Brien T. Hills has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S.

---

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Brien T. HILLS, Defendant–Appellant.**

**No. 12–30296**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2012.

Helina S. Dayries, Robert William Piedrahita, Esq., Assistant U.S. Attorneys, U.S. Attorney's Office, Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

Gwendolyn Kay Brown, Attorney, Parish Attorney's Office, for East Baton Rouge Parish, Baton Rouge, LA, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Hills has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Guadalupe RAMIREZ–SOSA,**
**also known as Jose Ramirez,**
**Defendant–Appellant.**

**No. 12–40124**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Kimberly S. Keller, Keller Stolarczyk P.L.L.C., Boerne, TX, for Defendant–Appellant.

Before DAVIS, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Guadalupe Ramirez–Sosa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Ramirez–Sosa has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alvin C. GREEN, also known as**
**Bones, also known as Shaka,**
**Defendant–Appellant.**

**No. 12–30578**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2012.

Helina S. Dayries, Frederick Angelo Menner, Jr., Robert William Piedrahita,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.